UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **GREGORY FRANCIS AUSTIN,**  Defendant. | 2:12-CR-20554-TGB-LJM-1  **ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT** |

In this matter, Defendant Gregory Francis Austin has filed a motion for compassionate release. ECF No. 70. To evaluate the merits of the motion, the Court has previously requested additional briefing, including psychiatric evaluations and summaries of safe treatment options. Furthermore, Mr. Austin continues to contend that he has not been allowed to receive follow-up treatment to remove sutures after an intestinal surgery in February 2020. ECF No. 70, PageID.522.

During status conferences on November 14, 2022 and January 6, 2023, the Court requested that the parties obtain and summarize updated versions of Mr. Austin's medical records to determine whether additional treatment or surgery is medically indicated and whether such treatment will be provided. But thus far, these questions have not been answered. The Court has also asked the parties to advise whether Mr.

1

Austin has requested to participate in the Bureau of Prison's Sex Offender Treatment Program, and if so, what measures are being taken to permit him to receive such treatment. The parties have been similarly unable to provide concrete answers to these questions.

Therefore, **IT IS HEREBY ORDERED** that the parties shall submit a **JOINT STATUS REPORT** by no later than close of business on February 3, 2023 providing records or any other information to address and answer the following questions:

(1) Has Mr. Austin been medically evaluated to determine whether he requires any treatment regarding the removal of sutures following his February 2020 intestinal surgery? If some type of treatment or procedure is medically indicated regarding Mr. Austin's sutures, when will such treatment or procedure be completed?

(2) Has Mr. Austin requested to participate in the Bureau of Prison's Sex Offender Treatment Program, and if so, what actions are being taken to allow him to receive such treatment?

**IT IS SO ORDERED.**

Dated: January 12, 2023     s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE